**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | | |
|---|---|---|
| WALTER WOODS Jr., | : | |
| | : | Civil No. 14cv5774(SRC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **MEMORANDUM AND ORDER** |
| Mr. S. DAVIS ET AL., | : | |
| | : | |
| Defendants. | : | |

**CHESLER**, District Judge:

　　Plaintiff is a civilly committed detainee, confined at East Jersey State Prison.  (Complaint, Doc. No. 1.)  On September 16, 2014, the Clerk received Plaintiff's civil rights complaint, unaccompanied by either the $400.00 filing fee for a civil action or an application to proceed without prepayment of fees (*in forma pauperis* or "IFP"), as required by 28 U.S.C. § 1915.  (Doc. No. 1.)  Plaintiff will be given the opportunity to correct this deficiency either by paying the filing fee or submitting a properly completed IFP application.

　　**IT IS**, therefore, on this ___3rd___ day of March 2015,

　　**ORDERED** that the Clerk shall administratively terminate this matter by making a new and separate entry reading, "CIVIL CASE TERMINATED."  Such termination shall be subject to

reopening; and no statement in this Memorandum and Order shall be construed as withdrawal of this Court's jurisdiction over this matter; and it is further

**ORDERED** that Plaintiff may renew his application in this matter by submitting, within thirty days from the date of entry of this Memorandum and Order, a properly executed IFP application accompanied by his civil rights complaint; and it is further

**ORDERED** that the Clerk shall serve this Memorandum and Order upon Plaintiff by regular U.S. Mail, together with the following blank form: "Application to Proceed In Forma Pauperis-NonPrisoner"

_____
STANLEY R. CHESLER
**UNITED STATES DISTRICT JUDGE**