**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | | |
|---|---|---|
| WALTER WOODS Jr., | : | |
| | : | Civil No. 14cv5774(SRC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **MEMORANDUM AND ORDER** |
| Mr. S. DAVIS ET AL., | : | |
| | : | |
| Defendants. | : | |

**CHESLER**, District Judge:

   Plaintiff is a civilly committed detainee, confined at East Jersey State Prison. (Compl., ECF No. 1.) On September 16, 2014, the Clerk received Plaintiff's civil rights complaint, unaccompanied by either the $400.00 filing fee for a civil action or an application to proceed without prepayment of fees (*in forma pauperis* or "IFP"), as required by 28 U.S.C. § 1915. (Id.) Due to this deficiency, the Court terminated this matter on March 4, 2015.

   Plaintiff has now submitted a properly completed IFP application, establishing his indigency. (IFP application, ECF No. 3.) The Court will grant reopen the matter, and grant the IFP application. This case, however, is subject to preliminary

1

screening by the Court pursuant to § 1915(e)(2)(b), and the Complaint will be screened in due course.

IT IS, therefore, on this 7TH day of APRIL 2015,

ORDERED that the Clerk shall reopen this matter; and it is further

ORDERED that Plaintiff's IFP application is granted (ECF No. 3); and it is further

ORDERED that the Complaint shall be filed; and it is further

ORDERED that SUMMONS SHALL NOT ISSUE, at this time, as the Court's preliminary screening has not yet been completed; and it is further

ORDERED that the time to serve process under Fed.R.Civ.P. 4(m) is hereby extended to the date 120 days after the Court permits the Complaint to proceed.

ORDERED that the Clerk shall serve this Memorandum and Order upon Plaintiff by regular U.S. Mail.

STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE